ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHNSON CONTROLS, INC., ) <br> HOOVER UNIVERSAL, INC., and ) <br> MULTIFASTENER CORPORATION, ) <br> ) <br> Defendants. ) | Case No. 04-74987 <br><br> ROBERT H. CLELAND <br><br> MAGISTRATE JUDGE PEPE |

### NOTICE OF LODGING OF PROPOSED CONSENT DECREES PENDING SOLICITATION OF PUBLIC COMMENT BY U.S. DEPARTMENT OF JUSTICE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), hereby notifies the Court that the United States is lodging with the Court two proposed consent decrees under the Comprehensive Environmental Response, Compensation and Liability Act, as amended ("CERCLA"), 42 U.S.C. §§ 9601 et seq. The consent decrees resolve certain claims of the United States under Sections 106 and 107(a) of CERCLA, 42 U.S.C. §§ 9606 and 9607(a) against the defendants in the above referenced action at the Shiawassee River Superfund Site ("the Site") located in the vicinity of Howell, Livingston County, Michigan.

One of the consent decrees is with Johnson Controls, Inc. and Hoover Universal, Inc. This consent decree requires Johnson Controls and Hoover Universal to perform the remedial action U.S. EPA has selected for the Site. U.S. EPA's selected remedial action involves the removal of polychlorinated biphenyl ("PCB") contamination from specified areas of the flood

plain and river sediment of the Shiawassee River. The second consent decree is with Multifastener Corporation. This consent decree requires that Multifastener pay the United States $1,700,000 for past response costs incurred by the United States in connection with the Site.

<u>At this time, the Court should not sign and enter the proposed consent decrees</u>. Instead, the proposed consent decrees should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with U.S. Department of Justice regulations codified at 28 C.F.R. § 50.7 and Section 122(d)(2)(B) of CERCLA, 42 U.S.C. § 9622(d)(2)(B).

The U.S. Department of Justice will publish in the Federal Register a notice that the proposed consent decrees have been lodged with the Court. The notice will solicit public comment for a period of 30 days. After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed settlements are inappropriate, inadequate or improper, and advise the Court whether the United States requests that the two consent decrees be entered.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources
 Division

*Pamela Lee*

PAMELA R. LEE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division

U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 305-2775

CRAIG S. MORFORD
United States Attorney
Eastern District of Michigan

*/s/ Karen R. Hiyama*
KAREN R. HIYAMA (P47461)
Assistant United States Attorney
Eastern District of Michigan
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9734

OF COUNSEL:

PETER FELITTI
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 5
77 West Jackson Boulevard
Chicago, Illinois 60604